**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 22, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00667-CV

---

### CP INTERNATIONAL, INC., Appellant

### V.

### PETROLEUM PRODUCTS & SERVICES, INC. D/B/A WELLHEAD DISTRIBUTORS INTERNATIONAL AND TIVA TECHNOLOGIES, LLC, Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2019-46100**

## MEMORANDUM OPINION

This is an appeal from an order signed July 29, 2019. On October 8, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.